UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DUSTIN HOWE, an infant over the age of
14 years by his mother and natural guardian,
MARYCLAIRE DUMAS,

                       Plaintiff,

                                           **ORDER**
         -against-                              CV 06-3705 (DRH)(ARL)

WUILMAN A. SORTO, et al.,

                       Defendants.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

By order dated March 28, 2007, defendants were directed to submit a status letter

addressing whether the court has subject matter jurisdiction. In compliance with that order, the

defendants have submitted a letter, dated April 2, 2007, stating that there is complete diversity of

citizenship between the parties because the plaintiff is a citizen of New York, defendant Sorto is a

citizen of Texas and defendant Hertz Corp. is incorporated in Delaware with its principal place of

business in New Jersey. Thus, the defendants state that this court has subject matter jurisdiction

pursuant to 28 U.S.C. § 1332. Given the defendants' representation, the court will enter the

pretrial scheduling order as was agreed to by the parties at the March 28, 2007 initial conference.

The parties are reminded that electronic case filing (ECF) is mandatory in this District and

that future communications will be rejected if they are not electronically filed.

Dated:  Central Islip, New York              **SO ORDERED:**
       April 5, 2007

                                       _____/s/_____
                                       ARLENE R. LINDSAY
                                        United States Magistrate Judge